IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| MARIO ALMANZA, JESUS CASTANEDA, <br> FERNANDO SENDANO GONZALEZ, <br> HUMBERTO N. SEVERIANO <br> LEOPOLDO NICOLAS SEVERIANO <br> JOSE ANTONIO ORIHUELA OCHOA <br> PRISCILIANO SANTIAGO LOPEZ <br> ZEFERINO CASTRO C <br> DIEGO BAILON, ZAHIR RODAS <br> ARTURO ALMANZA, ISMAEL SEVERIANO <br> CESAR PERES (VALLDES-CEDILLO) <br> ROLANDO MENDOZA, RAFAEL CHIQUILLO <br> CESAR GALEANA B., <br> JOSE MARIA PADILLA BOYSO <br> JOSE BAUTISTA, JUAN BAUTISTA, <br> EUSEBIO ESTRADE TREJO, <br> ALEJANDRO SALAZAR SORIA, AND <br> SERGIO A. GOMEZ <br><br> Plaintiffs, <br><br> vs. <br><br> BAIRD TREE COMPANY, INC <br><br> Defendant. | No. 3:10-cv-311 |

## NOTICE OF VOLUNTARY DISMISSAL

COME the Plaintiff, Ismael Severiano, by and through counsel, and gives notice of voluntary dismissal, without prejudice, of all claims against Defendants, alleged in the above-styled cause of action, pursuant to Tennessee Rule of Civil Procedure 41.

Respectfully submitted this 31st day of August, 2010.

                       *s/* Arthur F. Knight, III
                       Arthur F. Knight, III, BPR No. 016178
                       TAYLOR, FLEISHMAN & KNIGHT, G.P.
                       800 South Gay Street Suite 600
                       Knoxville, TN 37929
                       (865) 971-1701
                       alamance@tfktnlaw.com
                       *Attorney for Plaintiff*

    *s/* Patrick L. Looper
Patrick L. Looper, BPR No. 020857
First Tennessee Plaza
800 South Gay Street,
Suite 2000
Knoxville, TN 37929
865-684-4107
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2010, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    s/Arthur F. Knight, III
Arthur F. Knight, III