IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| MARIO ALMANZA, JESUS CASTANEDA, <br> FERNANDO SENDANO GONZALEZ, <br> HUMBERTO N. SEVERIANO <br> LEOPOLDO NICOLAS SEVERIANO <br> JOSE ANTONIO ORIHUELA OCHOA <br> PRISCILIANO SANTIAGO LOPEZ <br> ZEFERINO CASTRO C <br> DIEGO BAILON, ZAHIR RODAS <br> ARTURO ALMANZA, ISMAEL SEVERIANO <br> CESAR PERES (VALLDES-CEDILLO <br> ROLANDO MENDOZA, RAFAEL CHIQUILLO <br> CESAR GALEANA B., <br> JOSE MARIA PADILLA BOYSO <br> JOSE BAUTISTA, JUAN BAUTISTA, <br> EUSEBIO ESTRADE TREJO, <br> ALEJANDRO SALAZAR SORIA, and <br> SERGIO A. GOMEZ <br><br> Plaintiffs, <br><br> vs. <br><br> BAIRD TREE COMPANY, INC, <br> BOBBY D. BAIRD and <br> HR SOLUTIONS OF AMERICA, LLC <br><br> Defendants. | No. 3:10-cv-311 |

## MOTION TO WITHDRAW SECOND MOTION FOR PRELIMINARY INJUNCTION

Comes now the Plaintiffs, by and through counsel, and moves this Honorable Court for the entry of an order allowing them to withdraw their Second Motion for Preliminary Injunction presently set for January 6, 2011. In light of the significant admissions of the Defendants in their response to the Second Motion for Preliminary Injunction and their promise to no longer retaliate against the Plaintiffs, the Plaintiffs would respectfully withdraw the Second Motion for Preliminary Injunction.

1

Accordingly, the Plaintiffs would wish to preserve judicial resources and will further address the additional retaliatory and discriminatory conduct of the Defendants at a trial of this cause.

Respectfully submitted this 31st day of December, 2010.

*s/* Arthur F. Knight, III
Arthur F. Knight, III, BPR No. 016178
TAYLOR, FLEISHMAN & KNIGHT, G.P.
800 South Gay Street Suite 600
Knoxville, TN 37929
(865) 971-1701
alamance@tfktnlaw.com
*Attorney for Plaintiffs*



*s/* Patrick L. Looper
Patrick L. Looper, BPR No. 020857
First Tennessee Plaza
800 South Gay Street,
Suite 2000
Knoxville, TN 37929
865-684-4107
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2010, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Arthur F. Knight, III
Arthur F. Knight, III