IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

MARIO ALMANZA, et al.                )
                                      )
            Plaintiffs,               )
                                      )
                                      )
v.                                    )        No. 3:10-CV-311
                                      )
BAIRD TREE SERVICE COMPANY, INC.,     )
                                      )
            Defendant.                )

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously

with this order, the "Motion for Summary Judgment" filed by defendant HR Solutions of

America, LLC [doc. 72] is **DENIED**.


**IT IS SO ORDERED**.


ENTER:


_____s/ Leon Jordan_____
United States District Judge